**Opinion issued July 8, 2022**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00494-CV

_____

## IN RE OWEN J. MERRELL AND JEANNA EAST, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relators Owen J. Merrell and Jeanna East filed a petition for writ of mandamus in response to the Honorable Dedra Davis's overruling of their "Agreed Objection to Trial Proceeding as Planned." The next day, Relators filed a

corresponding "Emergency Motion to Stay Trial Scheduled to Begin July 13, 2022."[1]

We deny the petition for writ of mandamus. TEX. R. APP. P. 52.8(a). Relators' Emergency Motion to Stay Trial Scheduled to Begin July 13, 2022 is denied.[2] Any other pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.

---

[1] The underlying case is *Jeanna East v. Owen J. Merrell*, Cause No. 2019-21343, pending in the 270th District Court of Harris County, Texas, the Honorable Dedra Davis presiding.

[2] Justice Kelly would have granted the Emergency Motion to Stay.